[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Blackburn*, Slip Opinion No. 2022-Ohio-4612.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4612

THE STATE OF OHIO, APPELLEE, *v.* BLACKBURN, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Blackburn*, Slip Opinion No. 2022-Ohio-4612.]

*Court of appeals' judgment affirmed on the authority of* State v. Bollar.

(Nos. 2022-0536 and 2022-0688—Submitted December 13, 2022—Decided December 23, 2022.)

APPEAL from and CERTIFIED by the Court of Appeals for Logan County, No. 8-21-25, 2022-Ohio-988.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Bollar*, ___ Ohio St.3d ___, 2022-Ohio-4370, ___ N.E.3d ___.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, and BRUNNER, JJ., concur.

DONNELLY and STEWART, JJ., dissent for the reasons stated in Justice Donnelly's dissenting opinion in *Bollar*.

_____

Eric C. Stewart, Logan County Prosecuting Attorney, for appellee.

William T. Cramer, for appellant, James A. Blackburn.

_____